CHARLES M. WARNER, Respondent, *v.* LOUIS HOUSE, Appellant, Impleaded with Others.

*Warner* v. *House,* 90 App. Div. 611, appeal dismissed.
(Argued April 25, 1904; decided April 28, 1904,)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made January 5, 1904, which affirmed an order of a Trial Term setting aside a verdict in favor of defendant and granting a new trial.

The motion was made upon the ground that the order appealed from was not appealable to the Court of Appeals.

*Alexander H. Cowie* for motion.

*Costello, Welch & Costello* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.